

| | | |
|---|---|---|
| **njdefiling@njd.uscourts.gov** | To | InterdistrictTransfer_DED@ded.uscourts.gov |
| 02/25/2009 04:03 PM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

CASE: 1:08-cv-00534

DETAILS: Case transferred from Delaware
has been opened in District of New Jersey [LIVE]
as case 2:09-cv-00836, filed 02/25/2009.